DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. BOX 1513
SPOKANE WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: VILLANUEVA, EDWARD J.<br>VILLANUEVA, ESTHER J.<br><br>Debtor(s) | Case No. 10-06337-FLK13<br><br>STIPULATED MODIFICATION OF CHAPTER 13 PLAN AND CERTIFICATE OF NO ADVERSE EFFECT |

The undersigned hereby agree as follows:

All non-exempt personal injury settlement proceeds shall be committed to the funding of the plan. Determination as to whether exempt proceeds are disposable income which should be committed to the plan is reserved.

DATED: 1/4/11

Daniel H. Brunner
Chapter 13 Trustee

/s/ Mike I. Todd
Mike I. Todd
Staff Attorney

DATED: 1/4/11

/s/ Thomas Nagle
Thomas Nagle,
Attorney for Debtor(s)

STIPULATED MODIFICATION - 1

## **CERTIFICATE**

There is no adverse affect to creditors inasmuch as the modification will benefit general unsecured creditors therefore no service of this Stipulation was made.

/s/ Thomas Nagle
Thomas Nagle
Attorney for Debtor(s)

STIPULATED MODIFICATION - 2